# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 MAR 19 PM 4:05
CLERK_____
SO. DIST. OF GA.

United States of America
v.
Leroy Bethel

Case No: 6:96CR00004-12
USM No: 09105-021

Date of Original Judgment: October 8, 1996
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Michael J. Classens
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____Life____ months **is reduced to** ____Time Served as to all counts____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

In addition to reducing the imprisonment term as noted above, the previously imposed term of supervised release is reduced to a term of  8  years.

Except as otherwise provided, all provisions of the judgment dated ___October 8, 1996___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  3/19/2019

Judge's signature

Effective Date:  7/29/2019
*(if different from order date)*

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
*Printed name and title*