IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 696-004-12 |
| | * | |
| LEROY BETHEL | * | |

## O R D E R

On March 19, 2019, the Court granted Defendant Leroy Bethel's motion to reduce sentence under 18 U.S.C. § 3582(c) based upon the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. The Court sentenced Defendant to time served with an effective date of July 29, 2019. The Court also reduced Defendant's term of supervised release to 8 years.

At present, Defendant has filed a motion titled "Motion Under Fed. R. Civ. P. 12(e) Requesting a More Definite Statement" regarding the Court's Order of March 19, 2019. Essentially, Defendant requests that he be released immediately and that his term of supervised release be suspended in its entirety.

The Federal Rules of *Civil* Procedure have no application in this *criminal* proceeding. Moreover, the Court remains convinced that it is appropriate to provide Defendant a little time to establish an effective residence plan and to receive any available counseling or assistance in order to more effectively transition

back into society. Moreover, the Court is not inclined to reduce the supervised release term given the history and characteristics of this Defendant, including the multiple violations committed by Defendant while in custody.

Upon the foregoing, Defendant's motion for a more definite statement (doc. 1168) is **DENIED**. The sentence imposed in the Order of March 19, 2019 shall remain in full force and effect.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of May, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA